**Order entered December 30, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00615-CV

**DASPIT LAW FIRM, PLLC, Appellant**

**V.**

**ERIC HERMAN, ET AL., Appellees**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-01463-C**

## ORDER

On December 17, 2019, we ordered court reporter Janet E. Wright not sit as a reporter until a supplemental record containing certain exhibits that were omitted from the original reporter's record was filed. The supplemental record has now been filed. Accordingly, we **VACATE** our December 17th order.

We **ORDER** appellees' brief be filed no later than January 21, 2020.

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable Sally Montgomery, Presiding Judge of County Court at Law No. 3; Ms. Wright; the Dallas County Auditor's Office; and, the parties.

/s/    ERIN A. NOWELL
        JUSTICE